1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                      **CENTRAL DISTRICT OF CALIFORNIA**

10                          **WESTERN DIVISION**

11

12    JOSE ANTONIO SUCILLA,              )    No. CV 08-8558 CW
                                         )
13                   Plaintiff,          )    JUDGMENT
                v.                       )
14                                       )
      MICHAEL J. ASTRUE,                 )
15    Commissioner of the Social         )
      Security Administration,           )
16                                       )
                     Defendant.          )
17    _____)

18

19        **IT IS ADJUDGED** that this action is dismissed without prejudice.

20

21    DATED: January 11, 2010

22
                                    _Carla M. Woehrle_
23                              _____
                                    CARLA M. WOEHRLE
24                              United States Magistrate Judge

25

26

27

28